IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America, | ) | CASE NO. 8:06CV413 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO ISSUE WRIT OF |
| Bradley R. Butterfield, | ) | CONTINUING GARNISHMENT |
| Defendant(s), | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Midlands Carrier Transicold, | ) | |
| Garnishee. | ) | |

This matter comes before this Court on the Application For Writ of Continuing Garnishment filed by the Plaintiff, United States of America, seeking an order to issue the Writ of Continuing Garnishment against Midlands Carrier Transicold, the garnishee. For good cause shown,

IT IS ORDERED:

1. The Application for Writ (Filing No. 10) is granted;

2. The Clerk of the Court shall issue a Writ of Continuing Garnishment against Midlands Carrier Transicold, Reefer Systems, Inc., whose address is 13986 Valley Ridge Dr., Omaha, NE 68138.

DATED this 26th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge